**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

RONNY CROOK,

    Plaintiff,

vs.                               Case No. 4:09cv275-RS/WCS

H. HERCULE,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate proceeding *pro se*, was directed to file a second amended civil rights complaint, doc. 7. Plaintiff has complied, doc. 8, and Plaintiff's second amended complaint has been reviewed as is required by 28 U.S.C. § 1915A.

Plaintiff still fails to provide factual allegations which demonstrate that the Defendant violated his rights under the United States Constitution or any federal law. Doc. 8. Plaintiff complains only that the Defendant took away a pass for assistance with "writing, reading, and telephone." *Id.* Plaintiff has not shown any serious medical need requiring that he have such a pass or injury from the denial of the pass. Plaintiff was provided medical care and treatment, and there are no other factual allegations showing

a deprivation rising to the level of a constitutional claim.  Further leave to amend does not appear beneficial.  This case should be dismissed for failure to state a claim.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's second amended complaint, doc. 8, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the Clerk of Court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Tallahassee, Florida, on November 9, 2009.


   s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**